IN THE SUPREME COURT OF THE STATE OF NEVADA

DAVID JI,
                              Appellant,
                    vs.
STATE OF NEVADA DEPARTMENT
OF FAMILY SERVICES; HUYEN
NGUYEN; AND J. L.,
                              Respondents.

No. 70731

FILED

APR 1 1 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

### ORDER DISMISSING APPEAL

This is an appeal from a juvenile court order in an NRS Chapter 432B abuse and neglect action. Eighth Judicial District Court, Family Court Division, Clark County; Robert Teuton, Judge.

This proceeding was initiated by an NRS Chapter 432B abuse and neglect petition. The juvenile court held a hearing, and found the child was in need of protection. The juvenile court granted custody to the child's mother on the condition that appellant have no contact with the child until appellant substantially completed the court-approved case plan. Appellant seeks to challenge this ruling; however, the challenged juvenile court order is not an appealable order.

An order concluding the NRS Chapter 432B proceedings is not appealable because it arose in the juvenile court and concerns child custody. NRAP 3A(b)(7). Additionally, temporary orders in NRS Chapter 432B actions are not final, and thus, are not appealable. *See In re Temp. Custody of Five Minor Children*, 105 Nev. 441, 443, 777 P.2d 901, 902 (1989) (stating that no appeal may be taken from an NRS Chapter 432B temporary custody order). Instead, such orders must be challenged by way of writ petition. *See In re A.B.*, 128 Nev. 764, 769, 291 P.3d 122, 126 (2012) ("[B]ecause the lower court's order arises from a juvenile proceeding

SUPREME COURT
OF
NEVADA

(O) 1947A

17-11879

and concerns child custody, it is not substantively appealable under NRAP 3A, and therefore, [the] only remedy is by way of a petition for a writ of mandamus."). Accordingly, we lack jurisdiction over this appeal, and we ORDER this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Parraguirre

_____, J.
Stiglich

cc:    Hon. Robert Teuton, District Judge, Family Court Division
William B. Terry, Chartered
Clark County District Attorney/Juvenile Division
Jennifer McDonald Law
Rebecca Burr Law Firm
Eighth District Court Clerk